IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s)<br><br>v.<br><br>ELMER HUMBERTO<br>APARICIO CASTILLO,<br>    Defendant(s) | )<br>)<br>)<br>)   Case No. 3:25-mj-4021<br>)   Magistrate Judge Frensley<br>)<br>)<br>) |

## ORDER

Defendant appeared in court on January 24, 2025, for an Initial Appearance in this matter. The Government made a Motion for Detention pursuant to 18 U.S.C. § 3142 on the basis that no conditions, or combination of conditions, will reasonably assure his presence in Court or the safety of the community. At the hearing, the Defendant, by and through counsel, stated that he wished to waive his detention hearing, but reserved the right to raise the issue of release if circumstances change.

Accordingly, the Government's Motion for Detention is GRANTED. It is hereby ORDERED that the Defendant, ELMER HUMBERTO APARICIO CASTILLO, , be detained in federal custody pending trial, and Defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from person awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge